UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20777-CV-WILLIAMS

JOHN LAROCCO

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES,
LTD.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 67) ("***Report***") on Defendant Royal Caribbean Cruises, Ltd.'s Motion for Summary Judgment (DE 31) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be denied. (DE 67 at 1.) Specifically, Judge Reid finds that genuine issues of material fact exist as to "whether Royal Caribbean had constructive notice of the risk-creating condition" and "whether the danger was as open and obvious as Royal Caribbean contends." (*Id.* at 10.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1.     Judge Reid's Report (DE 67) is **AFFIRMED AND ADOPTED**.
2.     Defendant Royal Caribbean Cruises, Ltd.'s Motion for Summary Judgment (DE 31) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>27th</u> day of February, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE